**Dismissed and Memorandum Opinion filed December 3, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00279-CV

## JOSEPH HIGGINS AKA DAVID THOMAS HIGGINS AKA JOSEPH ALLEN HIGGINS, Appellant

### V.

## LEONARD  CHARLES  BROWN, Appellee

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-04733**

## MEMORANDUM  OPINION

This appeal is from an order signed March 12, 2020. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

Appellant filed a statement of inability to afford costs in this court, but not in the trial court. This court twice informed appellant that it was necessary to file his statement of inability to afford costs in the trial court in order to obtain the clerk's

record without payment of costs. *See* Tex. R. Civ. P. 145 (providing procedures for party's claims that party is unable to afford costs for preparation of appellate record).

On June 9, 2020, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No response was filed. On November 3, 2020, appellant was ordered to provide this court with proof of payment for the record on or before November 18, 2020. *See* Tex. R. App. P. 35.3(c). In the order, the court notified appellant that failure to comply with the court's order would result in dismissal of the appeal. *See* Tex. R. App. P. 37.3(b). No response was filed.

Appellant has not provided this court with proof of payment for the record, nor filed his statement of inability to afford costs in the trial court. We dismiss the appeal.

PER CURIAM

Panel Consists of Justices Bourliot, Zimmerer, and Spain.